| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** <br> EFFECTED (1) BY ME: **HANAN HAYON** <br> TITLE: **PROCESS SERVER** | DATE: **4/22/2019 12:29:15 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

**TD BANK, N.A.**

Place where served:

**1701 ROUTE 70 EAST   CHERRY HILL NJ 08034**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

**NALINI YARLAGABBAN**

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: **F**   AGE: **51-65**   HEIGHT: **5'4"-5'8"**   WEIGHT: **131-160 LBS.**   SKIN: **RED**   HAIR: **BLACK**   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/23/2019                                                                 L.S.

SIGNATURE OF **HANAN HAYON**
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: BRIAN L. BROMBERG, ESQ.
PLAINTIFF: RENEE JOHNSON
DEFENDANT: TD BANK, N.A.
VENUE: DISTRICT
DOCKET: 1 19 CV 03433 GHW
COMMENT:

JB

4/23/19
MARELYN MENESES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2021