

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

RALPH CARTER
DIRECT DIAL: +1 212 471 4725
PERSONAL FAX: +1 212 208 2575
*E-MAIL:* rcarter@duanemorris.com

*www.duanemorris.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/19

June 12, 2019

**BY ECF**

The Honorable Gregory H. Woods, U.S.D.J.
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, New York  10007

**MEMORANDUM ENDORSED**

Re:     Johnson v. TD Bank, N.A.
        U.S.D.C., S.D.N.Y., 1:19-cv-03433 (GHW)

Your Honor:

        This firm represents Defendant TD Bank, N.A. ("***TD Bank***") in the above-referenced action.  In accordance with Section 1.E of Your Honor's Individual Practices and Rules, TD Bank respectfully requests an adjournment of the Initial Pretrial Conference from July 3, 2019 at 3:00 p.m. to July 9, 2019 at 10:30 or 11:00 a.m.  Your Honor's Courtroom Deputy, Anthony Daniels, has confirmed that the proposed date and times are acceptable to the Court.  Plaintiff consents to the requested adjournment.

        This is TD Bank's first request for an adjournment of the July 3, 2019 Initial Pretrial Conference.  Yesterday, the Court rescheduled the Initial Pretrial Conference from July 2, 2019 at 11:00 p.m. to July 3, 2019 at 3:00 p.m.  The undersigned counsel requests the adjournment because of vacation plans for the July 4 holiday.

        We appreciate Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        s/ Ralph Carter
                                        Ralph Carter

Application granted.  The initial pretrial conference scheduled for July 3, 2019 is adjourned to July 9, 2019 at 11:00 a.m.  The joint status letter and proposed case management plan described in the Court's May 1, 2019 order are due no later than July 2, 2019.

SO ORDERED.

Dated: June 13, 2019
New York, New York

GREGORY H. WOODS
United States District Judge